**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Eric Aumueller, | |
| Plaintiff, | Case No. 1:16-cv-1361 |
| v. | HON. GORDON J. QUIST |
| Portfolio Recovery Associates, LLC, and Weber & Olcese, P.L.C., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal with prejudice and without costs or fees to any party. Neither Defendant served an answer or motion for summary judgment in this matter.

Respectfully submitted,

Dated: January 14, 2017      GOLDEN LAW OFFICES, P.C.

/s/ B. Thomas Golden
B. Thomas Golden (P70822)
Attorney for the Plaintiff
2186 West Main Street
P.O. Box 9
Lowell, Michigan 49331
Telephone: (616) 897-2900
Facsimile: (616) 897-2907
btg@bthomasgolden.com